JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| ELONZA JESSE TYLER, | ) | |
| | ) | |
| Petitioner, | ) | Case No. EDCV 13-596 MMM(AJW) |
| | ) | |
| v. | ) | |
| | ) | |
| C. WOFFORD, Warden, | ) | JUDGMENT |
| | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: May 30, 2013

_Margaret M. Morrow_
Margaret M. Morrow
United States District Judge